> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.
>
> March 15, 2006.
> BRUCE RIFKIN, Clerk
> By H. Arent Zachary, Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRIANA WATERS, <br> Defendant. | NO. CR06 0078P <br><br> INDICTMENT |

THE GRAND JURY CHARGES THAT:

### COUNT 1
### (Arson)

On or about May 21, 2001, at Seattle, in the Western District of Washington, BRIANA WATERS maliciously damaged and destroyed by means of fire and explosive materials, and aided and abetted in maliciously damaging and destroying, a building, the Center for Urban Horticulture at the University of Washington, used in interstate commerce and in activity affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

06-CR-00078-INDI

## COUNT 2
### (Using/Carrying a Destructive Device During a Crime of Violence)

On or about May 21, 2001, at Seattle, in the Western District of Washington, BRIANA WATERS knowingly used and carried, and aided and abetted in using and carrying, a firearm, to wit: a destructive device, during and in relation to a crime of violence, to wit: the arson of the Center for Urban Horticulture at the University of Washington, a crime for which she may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (c)(1)(B)(ii) and 2.

A TRUE BILL:

DATED: March 15, 2006

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

FOREPERSON

JOHN McKAY
United States Attorney

MARK BARTLETT
First Assistant United States Attorney

MICHAEL LANG
Assistant United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney